**Order entered October 28, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00106-CR

**SUZANNE BATTLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB10-50867-F**

## ORDER

The Court **REINSTATES** the appeal.

On July 8, 2013, this Court ordered the appeal submitted without the reporter's record because appellant, who was found to not be indigent, did not pay for the record. We ordered appellant to file her brief within thirty days. When appellant's brief was not filed by August 16, 2013, we ordered the trial court to conduct a hearing regarding why the brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent; (3) appellant paid for the reporter's record on October 21, 2013; (4) counsel agreed to be retained to pursue the appeal for appellant pro bono if appellant paid for the reporter's record; and (5) appellant did not file her brief because the reporter's record had not been filed.

Although we previously ordered the appeal submitted without the reporter's record, in the interest of justice, we will now allow the reporter's record to be filed. Accordingly, we **ORDER** court reporter Charon Evans to file the reporter's record in this appeal within **THIRTY DAYS** of the date of this order. No further extensions will be granted.

We **ORDER** appellant to file her brief within **SIXTY DAYS** of the date of this order. No further extensions will be granted. If appellant's brief is not filed within the time specified, the Court will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Etta Mullin, Presiding Judge, County Criminal Court No. 5; Charon Evans, deputy Court Reporter, County Criminal Court No. 5; and to counsel for all parties.


/s/ DAVID EVANS
   JUSTICE